IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARIE BROADNAX, Individually and )
As Personal Representative of the )
Estate of MARY CRAIGEN, )
                 )
        Plaintiff, )       Case No. 13-2640
                 )
      v. )      (Wyandotte County Dist Ct.
                 )       Case No. 13CV1404)
GGNSC EDWARDSVILLE III LLC, )
                 )
        Defendant. )

## NOTICE OF REMOVAL, JURY DEMAND AND
## DESIGNATION OF PLACE FOR TRIAL

PLEASE TAKE NOTICE that Defendant GGNSC Edwardsville III, LLC hereby gives notice of its removal of the above-entitled action from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas.   In support of its removal, Defendant GGNSC Edwardsville III, LLC states:

1.      Plaintiff Marie Broadnax, Individually and as Personal Representative of the Estate of Mary Craigen, filed suit against GGNSC Edwardsville III, LLC on November 21, 2003 in the action styled "Marie Broadnax, Individually and as Personal Representative of the Estate of Mary Craigen v. GGNSC Edwardsville III, LLC, Case No. 13CV1404" in the District Court of Wyandotte County, Kansas (hereinafter the "State Action").   In her Petition, plaintiff has asserted claims for wrongful death and a survival action, alleging that the defendant GGNSC Edwardsville III, LLC was negligent in their care and treatment of Mary Craigen and were liable for injuries to her and her death occurring after her discharge from Golden Living Center-Edwardsville.

2.      On November 26, 2011, GGNSC Edwardsville III, LLC was served with the Summons and the Plaintiff's Petition for Damages.  Pursuant to Kansas law, a civil action is commenced upon the filing of a petition, if service of process is obtained within 90 days after the petition is filed.  K.S.A. § 60-203.

3.      This civil action is properly removable to the United States District Court for the District of Kansas pursuant to the following:

a.      This is a civil action over which the Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1), and may be removed to this Court pursuant to 28 U.S.C. § 1441, as it is a civil action between citizens of different states with an amount in controversy exceeding the sum of $75,000.00, exclusive of costs.

b.      Less than 30 days have passed since GGNSC Edwardsville III, LLC was served.

c.      Decedent Mary Craigen was a citizen and resident of Wyandotte, County and plaintiff Marie Broadnax is, and was at the time that she filed her Petition for Damages, a citizen and resident of the State of Kansas.

e.      The sole defendant, GGNSC Edwardsville III, LLC, is, and was at the time that plaintiff commenced this action, a limited liability company organized in the State of Delaware.  Its sole member is organized in the State of Delaware and has a principal place of business in Plano, Texas.  None of its members are residents of Kansas.  See Affidavit of Holly Rasmussen-Jones, attached as Exhibit A; see also Plaintiff's Petition for Damages at ¶4, attached as Exhibit B.

d.      With respect to the amount in controversy, in plaintiff's Petition for Damages, she prays for "a reasonable sum of money in excess of seventy-five thousand dollars

($75,000.00)." See Plaintiff's Petition for Damages at pp. 6 and 7, attached as Exhibit B.

e.    Although Defendant GGNSC Edwardsville III, LLC denies its liability, as well as the existence, nature, and extent of Plaintiff's alleged damages, they must nonetheless be taken into account for purposes of determining the amount in controversy. As such, they establish the amount in controversy necessary to establish diversity jurisdiction.

4.    This Notice of Removal is being filed with this Court within thirty days of Defendant GGNSC Edwardsville III, LLC receiving "through service or otherwise . . . a copy of an order from which it may first be ascertained that the case . . . has become removable," and is being filed within a year of commencement of plaintiff's action against GGNSC Edwardsville III, LLC, as provided by 28 U.S.C. § 1446(b).

5.    Pursuant to 28 U.S.C. § 1446(d) and D.Kan. Rule 81.1(c), a true copy of the Notice of Removal is being concurrently filed with the Clerk of the District Court of Wyandotte County, Kansas, as provided by law, and has been served on all parties.

6.    Pursuant to 28 U.S.C. § 1446(a) and D.Kan. Rule 81.2, within 20 days of the filing of this removal, Defendant GGNSC Edwardsville III, LLC shall procure and file copies of additional records and proceedings in the State Action with the Clerk of this Court. (Those documents currently in the defendant's possession at this time are attached hereto as Exhibit B).

WHEREFORE, Defendant GGNSC Edwardsville III, LLC respectfully requests that this action be removed to the United States District Court for the District of Kansas.

Dated this 16th day of December, 2013.

## JURY DEMAND AND DESIGNATION OF PLACE OF TRIAL

Without waiving its objections to the proper jurisdiction and venue of this matter as well as the potential enforcement of its binding arbitration agreements, Defendant GGNSC Edwardsville III, LLC demands that this case be tried to a jury in Kansas City, Kansas should this lawsuit remain in the United States District Court for the District of Kansas.

Respectfully submitted,

/s/ Roger W. Slead
Roger W. Slead          KS # 13574
rslead@hab-law.com
Richard M. Acosta       KS #23239
racosta@hab-law.com
Horn Aylward & Bandy, LLC
2600 Grand Blvd., Suite 500
Kansas City, Missouri 64108
Telephone:  (816) 421-0700
Facsimile:  (816) 421-0899

Attorney for Defendant
GGNSC Edwardsville III, LLC

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's ECF filing system.  A copy was also mailed by United States mail, postage prepaid, this 16th day of December, 2013, to:

> Ryan Fowler
> Tom Pickert
> Fowler Pickert LLC
> One Hallbrook Place
> 11150 Overbrook Rd, Suite 350
> Leawood, KS 66221

<u>Roger W. Slead</u>
Attorney